UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/10/2022
```

TAMEEKA ANDERSON,

                     Plaintiff,

    -against-

CITY OF NEW YORK,

                     Defendant.

22-CV-3990 (NSR)

ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue a summons as to Defendant City of New York. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of the Court is further directed to mail a copy of this Order to *pro se* Plaintiff at her address listed on ECF and to show service on the docket.

SO ORDERED.

Dated:   June 10, 2022
            White Plains, New York

                                                        NELSON S. ROMÁN
                                                     United States District Judge