USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/24/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TAMEEKA ANDERSON,

                    Plaintiff,

            -against-

CITY OF NEW YORK,

                    Defendant.

---

22-CV-3990 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    Defendant has filed a Verified Answer, dated April 22, 2024 (ECF No. 38), to Plaintiff's Amended Complaint, dated January 20, 2023 (ECF No. 18). On January 17, 2024, the Court issued an Opinion & Order granting in part and denying in part Defendant's motion to dismiss. (ECF No. 35.) The Court granted Plaintiff leave to file a Second Amended Complaint by February 16, 2024. Plaintiff failed to do so, and all claims dismissed without prejudice are dismissed with prejudice. Plaintiff's remaining claims are for: (1) sex-based discrimination under Title VII, the CHRL, and the SHRL; and (2) disability-based retaliation under the Rehabilitation Act, ADA, CHLR, and SHRL.

    Thus, the Court waives the Initial Pre-Trial Conference requirement and directs the parties to submit a proposed Case Management Plan and Scheduling Order (blank form attached hereto) by May 14, 2024. After review and approval of the Scheduling Order, the Court will issue an Order of Reference to Magistrate Judge Andrew E. Krause for general pretrial purposes. The parties are directed to contact Judge Krause within seven (7) business days of the date of the Order of Reference to schedule a conference. The Clerk of the Court is directed to mail a copy of this Order to Plaintiff at the address listed on ECF and to show service on the docket. SO ORDERED.

Dated:    April 24, 2024
            White Plains, New York

                                                      NELSON S. ROMÁN
                                                     United States District Judge

UNITED STATES DISTRICT COURT　　　　　　　　　　　　　Rev. May 2014
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

　　　　　　　　　　　　　　　　　　　　　　　　**CIVIL CASE DISCOVERY PLAN**
　　　　　　　　　Plaintiff(s),　　　　　　**AND SCHEDULING ORDER**

　- against -

　　　　　　　　　Defendant(s).　　　_____ CV _____ (NSR)

-------------------------------------------------------------x

　　　This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [consent] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [is] [is not] to be tried to a jury.

3. Joinder of additional parties must be accomplished by _____.

4. Amended pleadings may be filed until _____. Any party seeking to amend its pleadings after that date must seek leave of court via motion.

5. Interrogatories shall be served no later than _____, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than _____.

7. Non-expert depositions shall be completed by _____.

　　a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

　　b. Depositions shall proceed concurrently.

　　c. Whenever possible, unless counsel agree otherwise or the Court so orders,

    non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than _____.

9. Requests to Admit, if any, shall be served no later than _____.

10. Expert reports shall be served no later than _____.

11. Rebuttal expert reports shall be served no later than _____.

12. Expert depositions shall be completed by _____.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** _____.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. _____.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for _____, at _____. (The Court will set this date at the initial conference.)

SO ORDERED.
Dated:
White Plains, New York

_____
Nelson S. Román, U.S. District Judge