**MEMO ENDORSED**



**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**MATHEW V. JOHN, JR.**
*Senior Counsel*
Telephone: (212) 356-1941
E-mail: matjohn@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/10/2024

July 9, 2024

Via ECF
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

          **Re:**   *Tameeka Anderson v. City of New York*
                   7:22-cv-03990-NSR

Dear Judge Román:

      I am a Senior Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York. Defendant's original counsel of record and my former colleague, Ernst Bonaparte, has recently ended his employment with the New York City Law Department. As a result, I have been reassigned to represent Defendant in the above-referenced action.

      In accordance with Your Honor's Individual Practices in Civil Cases §§ 1(A), (E), I write on behalf of both parties to jointly and respectfully request a 14-day extension of time – from July 10, 2024 to July 24, 2024 – for the parties to mutually review and complete the: (1) Notice, Consent, and Reference Form; and (2) Case Management Plan.

      This is the parties' first joint request for an extension of time to fulfill this Court's June 26, 2024 Memo Endorsement. ECF. No. 41. The additional two weeks will allow me to familiarize myself with this matter, allow the parties to review and complete the requested documents, and allow the parties to explore some settlement options without further Court intervention.

      I thank the Court for considering this request.

Respectfully submitted,

*[signature: Mathew V. John, Jr.]*

Mathew V. John, Jr.
*Senior Counsel*

cc:   <u>Via ECF, United States Mail, and E-mail</u>
Tameeka Anderson
*Plaintiff Pro Se*
70 Ashburton Avenue, Apt. 7A
Yonkers, New York 10701
(347) 740-6044
snooglesta@gmail.com

**The parties' request is GRANTED. The deadline for the parties to submit their proposed Case Management Plan and Scheduling Order is July 24, 2024. The Clerk of the Court is directed to mail a copy of this Order to Plaintiff at the address listed on ECF, to show service on the docket, and to terminate the motion at ECF No. 43.**

**Dated: July 10, 2024**

    **White Plains, NY**

SO ORDERED:

*[signature]*

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

2