

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**MATHEW V. JOHN, JR.**
*Senior Counsel*

September 18, 2024

<u>Via ECF</u>
Hon. Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

     **Re:** *Tameeka Anderson v. City of New York*
        7:22-cv-03990-NSR

Dear Judge Krause:

  I am a Senior Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York. I am assigned to represent Defendant, the City of New York, in the above-referenced action.

  I write on behalf of both parties to jointly request that, in light of the parties' upcoming settlement conference, this Court stay our July 26, 2024 Civil Case Discovery Plan and Scheduling Order. ECF No. 49. Specifically, the parties jointly request that this Court stay all remaining discovery deadlines pending the outcome of the October 2, 2024 settlement conference. This brief stay will allow the parties to focus on completing the preliminary tasks outlined in this Court's September 3, 2024 Scheduling Order. ECF No. 53. If necessary, the parties are willing to submit a revised case management plan within 15 days after the October 2, 2024 settlement conference.

  I thank the Court for considering this submission.

        Respectfully submitted,

        MURIEL GOODE-TRUFANT
        *Acting Corporation Counsel of the City of New York*

By: _____
        Mathew V. John, Jr.
        *Senior Counsel*
        Labor and Employment Law Division
        New York City Law Department
        100 Church Street, Room 2-107
        New York, New York 10007
        Telephone: (212) 356-1941
        E-mail: matjohn@law.nyc.gov

        *Counsel for Defendant*

cc:    <u>Via ECF, United States Mail, and E-mail</u>
      Tameeka Anderson
      70 Ashburton Avenue, Apt. 7A
      Yonkers, New York 10701
      Telephone: (347) 740-6044
      E-mail: snooglesta@gmail.com

      *Plaintiff Pro Se*

---

APPLICATION GRANTED. The discovery deadlines in the July 26, 2024 Civil Case Discovery Plan and Scheduling Order, ECF No. 49, are stayed pending the outcome of the October 2, 2024 settlement conference.

The Clerk of Court is directed to mail a copy of this Order to *pro se* Plaintiff.

Dated: September 18, 2024
       White Plains, NY
SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge